360 A.2d 628
Buchakjian v. Koch et ux., Appellants.

Argued June 22, 1976. Joseph L. DiTomo, Jr., with him Pasquale J. Talarico, for appellants; No appearance entered nor brief submitted for appellee.

Order affirmed; petition for reargument refused July 12, 1976.

360 A.2d 641
Burns v. Burns, Appellant.

Argued June 14, 1976. F. Kirk Adams, for appellant; Annette Hearing Sullivan, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly entered a decree in divorce in this case.